# EXHIBIT 4

## Engstrom, Carl

**From:** McMonagle, Robert - WHD <McMonagle.Robert@dol.gov>
**Sent:** Friday, May 22, 2015 8:42 AM
**To:** Engstrom, Carl
**Subject:** Your FOIA request # 777487; Baker Hughes



**U.S. Department of Labor**
Wage & Hour Division, Northeast Region
The Curtis Center   Suite 850 West
170 South Independence Mall West
Philadelphia, PA   19106-3317
**Ph:** 215-861-5800   **FX:** 267.687.4169
http://www.dol.gov/whd/



**U.S. Wage and Hour Division**
**Northeast Regional Office**
**Philadelphia, Pennsylvania**

Friday, May 22, 2015

March 3, 2015

Carl F. Engstrom                    cengstrom@nka.com
Nichols Kaster                      612-256-3233
80 S 8th St  Ste 4600
Minneapolis, MN 55402-2224

Mr. Engstrom:

This is in response to your *Freedom of Information Act*, (FOIA), request received here May 19, 2015 and assigned ID # **777487**.  Please use this ID in future correspondence.

The Wage and Hour Division is required to keep records for twelve years. The following list identifies the investigations responsive to your request:

| CASE ID | ER Trade Name | Regist'd | BWs | Status | District Office | Act |
|---|---|---|---|---|---|---|
| 1328500 | Baker Hughes Inc | 16-Dec-2003 | $3,250.00 | Concluded | Denver CO | FLSA |
| 1558422 | Baker Hughes Centrilift | 14-Sep-2009 | $0.00 | Concluded | Little Rock AR | FLSA |
| 1689196 | Baker Hughes Inc | 25-Mar-2013 | $7,330.77 | Concluded | Wilkes Barre PA | FLSA |
| 1761143* | Baker Hughes | 20-May-2015 | | Registered | Columbus OH | FLSA |

*Cases not in *Concluded* status are generally not disclosable.

I write to ask if you would consider narrowing your request to the Investigator's *Narrative* and *Compliance Action Report*, (WH51) for case ID **1689196**.

 The Investigator's case *Narrative* is a detailed description of each step of the investigation, including negotiations & conversations with the employer and/or counsel. The *WH51* is a list of violations and monetary penalties, if any. These documents are stored electronically and can be retrieved relatively quickly. By narrowing the scope of your request to these documents, you could save time and eliminate the fees associated with search, collection, review and redaction of documents.

Most investigative documentation consists of payroll registers, correspondence with the employer/employee(s), interview statements, (which are not disclosable), and would be heavily-redacted.  If you are, or represent, the employer, most of these documents would have been provided by you, or your client.

Please reply to this email as to whether the *Narrative* & *WH51* will satisfy your request. If

so, I can forward that documentation, typically, within one business day. Should you later determine that you require additional documents, you can always email a follow-up request to foiarequests@dol.gov.

If you have any questions, please contact me at mcmonagle.robert@dol.gov.

Thank you for the opportunity to serve you.

Sincerely,

*Robert McMonagle*

Robert McMonagle, Compliance Enforcement
NE Regional Office – Wage Hour Division
170 S Independence Mall W  Ste 850W
Philadelphia, PA  19106-3374
**mcmonagle.robert@dol.gov**
Phone & FAX: 267-687-4037