# EXHIBIT 5

# Engstrom, Carl

| | |
|---|---|
| **From:** | McMonagle, Robert - WHD <McMonagle.Robert@dol.gov> |
| **Sent:** | Tuesday, June 02, 2015 10:55 AM |
| **To:** | Engstrom, Carl |
| **Cc:** | MacPherson, Ellenjayne R - WHD |
| **Subject:** | RE: Your FOIA request # 777487; Baker Hughes |
| **Attachments:** | 1689196-BakerHughesInc-CaseFile-1_Redacted.pdf; 1689196-BakerHughesInc-CaseFile-2_Redacted.pdf; 1689196-BakerHughesInc-CaseFile-3_Redacted.pdf; 1689196-BakerHughesInc-CaseFile-4_Redacted.pdf; 1689196-BakerHughesInc-CaseFile-5_Redacted.pdf; 1689196-BakerHughesInc-CaseFile-6_Redacted.pdf |



**U.S. Department of Labor**
Wage & Hour Division, Northeast Region
The Curtis Center   Suite 850 West
170 South Independence Mall West
Philadelphia, PA   19106-3317
**Ph:** 215-861-5800   **FX:** 267.687.4169
http://www.dol.gov/whd/



**U.S. Wage and Hour Division**
**Northeast Regional Office**
**Philadelphia, Pennsylvania**

Tuesday, June 02, 2015

Carl F. Engstrom                         cengstrom@nka.com
Nichols Kaster                           612-256-3233
80 S 8th St  Ste 4600
Minneapolis, MN 55402-2224


Mr. Engstrom:

This is in response to your *Freedom of Information Act*, (FOIA), request received here May 19, 2015 and assigned ID # **777487.**  Please use this ID in future correspondence.

 I have attached the entire case file for case ID# **1689816-Baker Hughes, Inc**. The file is divided into six subsets to accommodate email size restrictions.

Investigatory files of the Wage and Hour Division are compiled for law enforcement purposes and are protected generally from disclosure under Exemption 7 of the Freedom of Information Act and our Departmental  regulations in 29 CFR 70. Certain commercial and/or financial information may be redacted under Exemption 4 of the FOIA, as well as identities of certain individuals for privacy reasons under Exemption 7(C), and investigative techniques and procedures under Exemption 7(E). For complete information on the FOIA, as well as detailed explanations of each exemption, see: ***www.justice.gov/oip/foi-act.htm***

There is no fee charged to you at this time.

**Appeals Process.** You may appeal this decision to the Solicitor of Labor within ninety (90) days from the date of this email. Please state the grounds for appeal, including supporting statements or argument. Your appeal should be prominently marked: "Freedom of Information Act Appeal." Please include a copy of your initial request and a copy of this email.

**Email** your appeal to foiaappeal@dol.gov; appeals submitted to any other email address cannot be accepted.

**FAX** your appeal to 202-693-5538.

**U.S. Mail** your appeal to:   Solicitor of Labor; US-DOL
200 Constitution Ave NW Rm N-2428
Washington, DC  20210-0001

If you have any questions, please contact me at mcmonagle.robert@dol.gov.

Thank you for the opportunity to serve you.

Sincerely,

*Robert McMonagle*

Robert McMonagle, Compliance Enforcement
NE Regional Office – Wage Hour Division
170 S Independence Mall W  Ste 850W
Philadelphia, PA  19106-3374
mcmonagle.robert@dol.gov
Phone & FAX: 267-687-4037

| PersonID | EmployeeName | Employee Street Address | EE Street Address 2 | EE City | EE ST/RG | EE Ctr | EE Postal Code | EE Telephone | Hourly Base Pay | Annual Salary | JobTitle | Work Schedule Desc | Exempt or Non-Exempt | EE Status (as of 4-2-13) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | $48.08 | $100,000.00 | MGR HSE II | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $34.13 | $71,000.00 | FIELD ENG II - CHC | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $15.70 | $32,656.00 | FIELD OPER III - WLE | Su-Sa 24hr/7days | Non-Exempt | Withdrawn |
| | | | | | | | | | $20.80 | $43,260.00 | FIELD SPEC III - CHC | M-F 8am-5pm | Non-Exempt | Active |
| | | | | | | | | | $33.99 | $70,703.00 | RELIABILITY ENG III | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $17.40 | $36,192.00 | FIELD OPER III - WLE | Su-Sa 24hr/7days | Non-Exempt | Active |
| | | | | | | | | | $39.42 | $82,001.77 | FIELD ENG GEN - WLE | Su-Sa 24hr/7days | Exempt | Active |
| | | | | | | | | | $34.13 | $71,000.02 | FIELD ENG II - INT | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $23.77 | $49,440.00 | FIELD SPEC IV - INT | Su-Sa 24hr/7days | Exempt | Withdrawn |
| | | | | | | | | | $26.44 | $54,999.88 | FIELD SPEC IV - INT | Su-Sa 24hr/7days | Exempt | Active |
| | | | | | | | | | $17.50 | $36,400.00 | EQUIP SPECIALIST II | Su-Sa 24hr/7days | Non-Exempt | Withdrawn |
| | | | | | | | | | $20.60 | $42,840.00 | FIELD SPEC IV - INT | Su-Sa 24hr/7days | Exempt | Withdrawn |
| | | | | | | | | | $16.50 | $34,320.00 | EQUIP SPECIALIST I | Su-Sa 24hr/7days | Non-Exempt | Active |
| | | | | | | | | | $15.50 | $32,240.00 | EQUIP SPECIALIST I | Su-Sa 24hr/7days | Non-Exempt | Withdrawn |
| | | | | | | | | | $38.56 | $80,213.00 | FIELD SPEC GEN - INT | Su-Sa 24hr/7days | Exempt | Active |
| | | | | | | | | | $18.00 | $37,440.00 | FIELD SPEC III - CHC | Su-Sa 24hr/7days | Non-Exempt | Withdrawn |
| | | | | | | | | | $24.96 | $51,912.12 | FIELD SPEC GEN - WBC | Su-Sa 24hr/7days | Exempt | Active |
| | | | | | | | | | $63.78 | $132,667.00 | MGR ACCOUNT II | M-F 8am-5pm | Exempt | Withdrawn |
| | | | | | | | | | $18.11 | $37,674.00 | EQUIP SPECIALIST II | Su-Sa 24hr/7days | Non-Exempt | Withdrawn |
| | | | | | | | | | $45.67 | $95,000.10 | COORD FIELD SERVICE II | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $24.75 | $51,480.00 | COORD /SUPV INVENTORY | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $34.66 | $72,092.00 | COORD /SUPV INVENTORY | Su-Sa 24hr/7days | Exempt | Withdrawn |
| | | | | | | | | | $23.77 | $49,440.00 | FIELD SPEC IV - CHC | Su-Sa 24hr/7days | Exempt | Withdrawn |
| | | | | | | | | | $34.13 | $71,000.00 | FIELD ENG II - WLE | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $26.59 | $55,299.46 | FIELD SPEC GEN - CHC | Su-Sa 24hr/7days | Exempt | Active |
| | | | | | | | | | $33.13 | $68,900.00 | FIELD ENG GEN - WLE | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $20.80 | $43,260.00 | FIELD SPEC III - CHC | M-F 8am-5pm | Non-Exempt | Withdrawn |
| | | | | | | | | | $23.08 | $48,000.00 | FIELD SPEC IV - INT | Su-Sa 24hr/7days | Exempt | Active |
| | | | | | | | | | $43.42 | $90,309.44 | COORD FIELD SERVICE II | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $21.58 | $44,881.20 | FIELD SPEC IV - CHC | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $15.85 | $32,968.00 | FIELD OPER II - WLE | Su-Sa 24hr/7days | Non-Exempt | Active |
| | | | | | | | | | $19.05 | $39,624.00 | EQUIP SPECIALIST II | Su-Sa 24hr/7days | Non-Exempt | Active |
| | | | | | | | | | $34.13 | $71,000.00 | FIELD ENG II - WLE | Su-Sa 24hr/7days | Exempt | Active |
| | | | | | | | | | $31.25 | $65,000.00 | FIELD SPEC GEN - INT | Su-Sa 24hr/7days | Exempt | Active |
| | | | | | | | | | $30.00 | $62,400.00 | R&M TECH MAST II - ELECTRO MECH | M-F 8am-5pm | Non-Exempt | Active |
| | | | | | | | | | $45.06 | $93,716.48 | COORD FIELD SERVICE II | Su-Sa 24hr/7days | Exempt | Active |
| | | | | | | | | | $38.58 | $80,250.00 | COORD FIELD SERVICE I | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $30.00 | $62,400.00 | R&M TECH MAST II - ELECTRO MECH | M-F 8am-5pm | Non-Exempt | Active |
| | | | | | | | | | $23.08 | $48,000.00 | FIELD SPEC IV - CHC | Su-Sa 24hr/7days | Exempt | Withdrawn |
| | | | | | | | | | $17.00 | $35,360.00 | R&M TECH I - BALLISTIC | M-F 8am-5pm | Non-Exempt | Active |
| | | | | | | | | | $31.43 | $65,373.00 | R&M ENG III | M-F 8am-5pm | Exempt | Withdrawn |
| | | | | | | | | | $26.74 | $55,620.00 | FIELD SPEC GEN - INT | Su-Sa 24hr/7days | Exempt | Withdrawn |
| | | | | | | | | | $24.00 | $49,920.00 | R&M TECH II - ASSEM MECH | M-F 8am-5pm | Non-Exempt | Active |
| | | | | | | | | | $19.00 | $39,520.00 | R&M MECHANIC II | Su-Sa 24hr/7days | Non-Exempt | Active |
| | | | | | | | | | $23.54 | $48,960.00 | FIELD SPEC IV - WBC | Su-Sa 24hr/7days | Exempt | Active |
| | | | | | | | | | $42.83 | $89,086.80 | AMO SUPERVISOR II | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $15.50 | $32,240.00 | FIELD OPER II - WLE | Su-Sa 24hr/7days | Non-Exempt | Active |
| | | | | | | | | | $20.98 | $43,638.40 | BILLING SPECIALIST I | M-F 8am-5pm | Non-Exempt | Active |
| | | | | | | | | | $23.08 | $48,005.62 | FIELD SPEC IV - WBC | Su-Sa 24hr/7days | Exempt | Withdrawn |
| | | | | | | | | | $27.69 | $57,600.14 | FIELD SPEC IV - INT | M-F 8am-5pm | Exempt | Withdrawn |
| | | | | | | | | | $55.13 | $114,660.00 | MGR OPERATIONS I | M-F 8am-5pm | Exempt | Withdrawn |
| | | | | | | | | | $42.79 | $89,000.00 | COORD FIELD SERVICE I | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $20.18 | $41,980.00 | EQUIP SPECIALIST III | Su-Sa 24hr/7days | Non-Exempt | Withdrawn |
| | | | | | | | | | $20.19 | $41,999.88 | FIELD SPEC IV - INT | Su-Sa 24hr/7days | Exempt | Active |
| | | | | | | | | | $43.67 | $90,838.00 | COORD FIELD SERVICE I | M-F 8am-5pm | Exempt | Active |
| | | | | | | | | | $17.51 | $36,421.00 | R&M TECH I - EQUIP | Su-Sa 24hr/7days | Non-Exempt | Withdrawn |
| | | | | | | | | | $17.50 | $36,400.00 | EQUIP SPECIALIST II | Su-Sa 24hr/7days | Non-Exempt | Withdrawn |

7-C; Personal privacy

1



7-C; Personal privacy

Mountain Top Employees

2